JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMERALD BURCH,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>TROY A. MILLER, in his official capacity as Commissioner of the United States Customs and Border Protection Agency, FIVE UNKNOWN AND UNNAMED AGENTS of the United States Customs and Border Protection Agency,<br><br>　　　　Defendants. | NO. 2:24-cv-07468-DSF-KS<br><br>JUDGMENT |

　　The Court having granted a motion to dismiss,

　　IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: January 21, 2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable Dale S. Fischer
　　　　　　　　　　　　　　　　　　　United States District Judge